IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANETTA COLLINS,

Plaintiff,

v.                                          Case No. 16-cv-281 JPG/DGW

AMERICAN WATER WORKS,CO. INC.,

Defendant.

## <u>**JUDGMENT**</u>

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.

**Dated: December 12, 2016**          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                         *<u>s/Tina Gray,</u>*
                                         **Deputy Clerk**

**Approved:**     *<u>s/J. Phil Gilbert</u>*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**